1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JORGE AYALA,                                        No. C 11-05708-YGR

12              Petitioner,                              **ORDER TO SHOW CAUSE**

13      vs.

14   GREG LEWIS, Acting Warden,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  He has paid the $5.00 filing fee.  It does not appear from the face of the petition that

19   it is without merit.  Good cause appearing, the Court hereby issues the following orders:

20        1.      The Clerk of the Court shall serve a copy of this Order and the petition and all

21   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State

22   of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

23        2.      Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

24   **and nineteen (119) days** of the issuance of this Order, an Answer conforming in all respects to Rule

25   5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

26   not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state

27   records that have been transcribed previously and that are relevant to a determination of the issues

28   presented by the petition.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    3.    If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

2  the Court and serving it on Respondent within **sixty-three (63) days** of his receipt of the Answer.

3  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty-**

4  **three (63) days** after the date Petitioner is served with Respondent's Answer.

5    4.    Respondent may file with this Court and serve upon Petitioner, within **sixty-three**

6  **(63) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an

7  Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section

8  2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on

9  Respondent an opposition or statement of non-opposition to the motion within **sixty-three (63) days**

10  of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply

11  within **fourteen (14) days** of receipt of any opposition.

12    5.    It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

13  and Respondent informed of any change of address and must comply with the Court's orders in a

14  timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

15  Court by mailing a true copy of the document to Respondent's counsel.

16    6.    Extensions of time are not favored, though reasonable extensions will be granted.

17  Any motion for an extension of time must be filed no later than **fourteen (14) days** prior to the

18  deadline sought to be extended.

19    IT IS SO ORDERED.

20  DATED: July 16, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2