UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JORGE AYALA**,

        Petitioner,

  v.

**GREG LEWIS**,

        Respondent.

Case No. 11-cv-05708-YGR

**ORDER SETTING COMPLIANCE HEARING RE STATUS UPDATES**

A compliance hearing regarding petitioner's exhaustion of his state judicial remedies shall be held on Friday, January 23, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, petitioner shall file either: (a) a status update in conformity with this Court's Order of May 17, 2013 (Dkt. No. 7) or (b) a one-page Statement setting forth an explanation for his failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**