UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JORGE AYALA**,

         Petitioner,

  v.

**GREG LEWIS**,

         Respondent.

Case No.  11-cv-05708-YGR

**ORDER VACATING COMPLIANCE HEARING; SETTING COMPLIANCE HEARING**

Having received petitioner's statement concerning the status of this case, the Court hereby **VACATES** the compliance hearing set for Friday, February 13, 2015.

A compliance hearing regarding whether petitioner shall seek to amend the petition on file or file a state exhaustion petition shall be held on **Friday, May 15, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, petitioner shall file either: (a) statement apprising the Court regarding whether petitioner shall seek to amend the petition on file, or whether he will file a state exhaustion petition; or (b) a one-page statement setting forth an explanation for his failure to comply.  If compliance is complete, the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if petitioner has submitted a statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 11, 2015

                                                       **YVONNE GONZALEZ ROGERS**
                                                      **UNITED STATES DISTRICT COURT JUDGE**