1  BARRY MORRIS, SBN #48368
   Attorney at Law
2  1220 Oakland Blvd. #200
   Walnut Creek, CA 94596
3  (925) 934-1100
4  fax: (925) 934-1122
   barrymorris@mac.com
5
   Attorney for Petitioner
6  JORGE AYALA

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE AYALA,                                         No.  C 11-05708-YGR

            Petitioner,

      v.

GREG LEWIS,

            Respondent./

**Order Continuing Status Conference**

The unopposed request by petitioner JORGE AYALA to continue the status conference in the above-entitled case having come before the Court and GOOD CAUSE APPEARING THEREFOR,

IT IS HERBY ORDERED that the status conference in the above entitled case be continued from May 16, 2015 until July 17, 2015.

Dated: May 5, 2015

_____
UNITED STATES DISTRICT JUDGE