**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JORGE AYALA,**  Petitioner,  vs.  **GREG LEWIS,**  Respondent. | Case No.: 11-cv-5708 YGR  **ORDER TO SHOW CAUSE REGARDING COUNSEL'S FAILURE TO APPEAR** |

**TO PETITIONER AND HIS COUNSEL OF RECORD:**

Counsel for petitioner is hereby **ORDERED TO SHOW CAUSE** why he should not be sanctioned in the amount of $250.00 for his failure to appear before the Court for the compliance hearing on September 18, 2015 or otherwise file a compliance statement as ordered by the Court. (*See* Dkt. No. 16.)

A hearing on this Order to Show Cause shall be held on **Friday October 2, 2015 at 9:01 a.m**. in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Counsel must file a written response to this Order to Show Cause no later than **Friday, September 25, 2015**. The written response should also address whether petitioner shall seek to amend the petition that is on file or file a state exhaustion petition.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar. Otherwise, personal appearance by counsel for petitioner will be required. Failure to respond shall be construed as an admission that the sanctions are appropriate.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**